UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA,               :

          -v-                 :          26-CR-141 (JMF)

                                         :

LORENZO ANDERSON,                :       <u>SCHEDULING ORDER</u>

                                         :

                 Defendant.        :

                                         :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       IT IS HEREBY ORDERED that the parties shall appear for an arraignment and

pretrial conference in this matter on **April 16, 2026,** at **2:15 p.m.** in **Courtroom 24B** of the

Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

       SO ORDERED.

Dated: April 14, 2026
      New York, New York                                    
                                               JESSE M. FURMAN
                                     United States District Judge