Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 4, 2026

The application is GRANTED in part and DENIED in part. The deadline for the reply brief is extended to August 13, 2026. But the conference scheduled for August 6, 2026, at 10:30 a.m. - at which the Court will set a trial date - remains in effect. The Clerk of Court is directed to terminate Doc. #22.

SO ORDERED.

August 4, 2026

**By ECF**

Honorable Jesse M. Furman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Lorenzo Anderson*, 26 Cr. 141 (JMF)**

Dear Judge Furman:

I write on behalf of Lorenzo Anderson, without objection from the Government, to respectfully request a one-week extension of the reply brief deadline, currently set for August 6, 2026, to August 13, 2026.

We further request that the pretrial conference, also currently scheduled for August 6, 2026, be adjourned to a date after briefing is complete, at the Court's convenience. The Government does not object to either request.

Should the Court grant an adjournment, we consent to an exclusion of time under the Speedy Trial Act until the adjourn date.

Thank you for your consideration.

Sincerely,

/s/
Nora Stephens
Assistant Federal Defender
(212) 417-8784

cc: AUSA Bridget Johnston