UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

LORENZO ANDERSON,

Defendant.

---------------------------------------------------------------------X

26-CR-141 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Upon preliminary review, the Court is inclined to believe that the parties' arguments concerning Defendant's motion to suppress, *see* ECF No. 19, turn on questions of law and that there is no need for an evidentiary hearing. Accordingly, the suppression hearing scheduled for September 23, 2026, at 9:30 a.m. is hereby CANCELED. If, upon further review, the Court concludes that a material factual dispute exists, it can and will reinstate the hearing.

SO ORDERED.

Dated: September 2, 2026
New York, New York

JESSE M. FURMAN
United States District Judge