**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 7, 2026

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Lorenzo Anderson,* 26 Cr. 141 (JMF)**

Dear Judge Furman:

The Government respectfully writes to request a one-week extension of the parties' deadlines for making expert disclosures. Trial in this case is scheduled to begin December 7, 2026. Per Local Rule 16.2, The Government's expert disclosures are due to the defense October 8, 2026 (60 days before trial), and the defendant's expert disclosures, if any, are due to the Government on November 7, 2026 (30 days before trial). The defense is currently considering draft stipulations proposed by the Government that would obviate the need for certain expert testimony; specifically, stipulations that (1) the firearm at issue was manufactured outside the state of New York; and (2) that the narcotics seized from the defendant tested positive for the presence of cocaine and fentanyl.

The Government requests this one-week extension to permit the parties time to discuss the proposed stipulations. Defense counsel has informed the Government that they do not object to the requested extension, so long as it applies to the deadlines for both the Government and the defense. If the Court grants the requested extension, the Government's expert disclosures would be due to the defense October 15, 2026, and the defense's expert disclosures would be due to the Government November 14, 2026.

Application GRANTED. The Government's expert disclosures are due to the defense by October 15, 2026, and the defense's expert disclosures are due to the Government by November 14, 2026. The Clerk of Court is directed to terminate Doc. #30.

SO ORDERED.

October 8, 2026

Respectfully submitted,

JAMES M. MCDONALD
Southern District of New York
United States Attorney

By: ______________________________
Bridget G. Johnston
Assistant United States Attorney
(212) 637-2107

cc: All Counsel of Record (via ECF)